UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

SACHIN KUMAR

CASE NO. 8:15-CR00002-T-27TBM
18 U.S.C. § 1342
18 U.S.C. § 982(a)(1)(C) Forfeiture
28 U.S.C. § 2461(c) Forfeiture

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about January 29, 2013, through and including on or about February 5, 2013, in the Middle District of Florida and elsewhere,

SACHIN KUMAR,

the defendant herein, did knowingly and willfully use the fictitious and false name of Lester Salmon for the purpose of conducting, promoting, and carrying on by means of the United States Postal Service a scheme and artifice to defraud using the mails, in violation of Title 18, United States Code, Section 1341.

In violation of Title 18, United States Code, Section 1342.

### FORFEITURE

1. The allegations contained in Count One of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

2.  From his engagement in any or all of the violations alleged in Count One of this Information, in violation of Title 18, United States Code, Sections 1341 and 1342, the defendant,

SACHIN KUMAR,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real and personal, which constitutes or is derived from proceeds traceable to such violation. Specifically, the property subject to forfeiture includes, but is not limited to, a money judgment of $49,121.50, representing the proceeds of such offenses.

3.  If any of the property described above, as a result of any act or omission of the defendant:

   a.  cannot be located upon the exercise of due diligence;

   b.  has been transferred or sold to, or deposited with a third party;

   c.  has been placed beyond the jurisdiction of the Court;

   d.  has been substantially diminished in value; or

   e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A. LEE BENTLEY, III
United States Attorney

By: _____
SARA C. SWEENEY
Assistant United States Attorney

By: _____
Robert A. Mosakowski
Assistant United States Attorney
Chief, Economic Crimes Section