# UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | Criminal No. 8:15-CR-00002-T-27TBM |
| SACHIN KUMAR | |

I, SACHIN KUMAR, the above named defendant, who is accused of use of a fictitious name, in violation of 18 U.S.C. § 1342 being advised of the nature of the charge(s), the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment. Pursuant to Fed. R. Crim. P. 7(b), I will confirm this waiver in open court at arraignment or other hearing.

_____
SACHIN KUMAR
Defendant

_____
MARK J. O'BRIEN
Counsel for Defendant

Before _____
            Judicial Officer