UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 8:15-CR-2-JDW-TBM |
| | : | |
| SACHIN KUMAR | : | |

### DEFENDANT SACHIN KUMAR'S UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT

COMES NOW, the Defendant, SACHIN KUMAR, by and through his undersigned counsel, and hereby files this his motion to continue his arraignment and in support states as follows:

1. This matter is currently scheduled for arraignment on February 12, 2015.

2. The Defendant was the victim of a hit and run car accident on January 15, 2015.

3. The Defendant suffered several broken bones.

4. The Defendant is currently hospitalized.

5. The Defendant will not be able to travel until June 2015 at the earliest.

6. The Defendant requests a reset of his arraignment until July 2015.

7. The government does not object to this motion.

8. Should this Honorable Court desire medical documentation it will be available in the coming weeks.

## **CONCLUSION**

WHEREFORE, the Defendant, SACHIN KUMAR, by and through his undersigned counsel respectfully requests this Honorable Court grant a continuance until July 2015.

Respectfully submitted,

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
Florida Bar No.: 0160210
O'Brien Hatfield, PA
Bayshore Center
511 West Bay Street
Third Floor - Suite 330
Tampa, Florida 33606
Direct: (813) 228-6989
Email: mjo@markjobrien.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY on January 26, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Mark J. O'Brien<br>
Mark J. O'Brien, Esquire