UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA :
:
:
:
v. : Case No.: 8:15-CR-2-JDW-TBM
:
:
:
SACHIN KUMAR :
_____ :

# DEFENDANT SACHIN KUMAR'S UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT

COMES NOW, the Defendant, SACHIN KUMAR, by and through his undersigned counsel, and hereby files this his motion to continue his arraignment and in support states as follows:

1. This matter is currently scheduled for arraignment on July 21, 2015.

2. The Defendant was the victim of a hit and run car accident on January 15, 2015.

3. The Defendant suffered several broken bones as the result of this accident.

4. The Defendant was hospitalized and underwent surgeries as the result of his injuries.

5. While hospitalized, the Defendant fell and broke several more bones.

6. The Defendant is still hospitalized and will undergo additional surgeries.

7. The Defendant's doctor has instructed that he not travel.

8. The Defendant respectfully requests a continuance of his arraignment until January 2016.

9. The government does not object to this motion.

10. Should this Honorable Court desire medical documentation as to the above, undersigned counsel will make it available upon request.

## CONCLUSION

WHEREFORE, the Defendant, SACHIN KUMAR, by and through his undersigned counsel respectfully requests this Honorable Court grant a continuance of arraignment until January 2016.

Respectfully submitted,

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
Florida Bar No.: 0160210
Bayshore Center
511 West Bay Street
Third Floor - Suite 330
Tampa, Florida 33606
Direct: (813) 228-6989
Email: mjo@markjobrien.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on July 15, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Mark J. O'Brien<br>
Mark J. O'Brien, Esquire