UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA :

v. : Case No.: 8:15-CR-2-JDW-TBM

SACHIN KUMAR :

## **NOTICE TO THE COURT**

COMES NOW, the Defendant, SACHIN KUMAR, by and through his undersigned counsel, and hereby files this his notice to the court and in support states as follows:

1. Enclosed please find a note from the Defendant's doctor.

## CONCLUSION

WHEREFORE, the Defendant, SACHIN KUMAR, by and through his undersigned counsel respectfully requests this Honorable Court grant a continuance of his arraignment until January 2016.

Respectfully submitted,

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
Florida Bar No.: 0160210
Bayshore Center
511 West Bay Street
Third Floor - Suite 330
Tampa, Florida 33606
Direct: (813) 228-6989
Email: mjo@markjobrien.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on July 21, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Mark J. O'Brien  
Mark J. O'Brien, Esquire