

**NuHealth** — Together through life.
**Nassau University Medical Center**
A. Holly Patterson Extended Care Facility
Family Health Centers*

July 14, 2015

To whom it may concern,

This letter is to verify that Mr. Sachin Kumar can not attend classes due to extensive injuries that required surgery. He's original injury was in January 2015. He currently will need further surgery and cannot travel and attend classes for the upcoming semester. Any questions/concerns please call (516) 572-6702.

Respectfully yours,

Paul Pipitone DO

2201 Hempstead Turnpike • East Meadow, NY 11554 • 516.486.NUMC • www.nuhealth.net
*In partnership with the LI Federally Qualified Health Center, Inc.

Affiliate of North Shore LIJ
North Shore-Long Island Jewish Health System