UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA  :
:
:
:
v.  :  Case No.:  8:15-CR-2-JDW-TBM
:
:
:
SACHIN KUMAR  :
_____  :

## DEFENDANT SACHIN KUMAR'S SENTENCING MEMORANDUM

COMES NOW, the undersigned counsel, on behalf of the Defendant, SACHIN KUMAR, and files this his sentencing memorandum and in support states as follows:

SENTENCING POSITION

At sentencing the issue before this Honorable Court is whether the Defendant should receive a prison sentence within the advisory federal guideline range of 30 months to 37 months. Given the totality of the circumstances of this case, and more importantly his life, the Defendant respectfully submits this is not a reasonable sentence and in support of his position of non-incarceration offers this his sentencing memorandum.

PRE-SENTENCE INVESTIGATION REPORT

The Defendant has no objections to the factual accuracy of the Presentence Investigation Report.

The Defendant has no objections to the legal accuracy of the Presentence Investigation Report. Pursuant to the plea agreement, the government recommends a three level downward variance pursuant to 18 United States Code Section 3553(a)(1). The Defendant understands this

recommendation is not binding upon this Court but respectfully requests it be honored.

APPICLABLE LAW REGARDING THE FEDERAL SENTENCING GUIDELINES

Undersigned counsel is fully aware this Honorable Court understands the law regarding the discretion it has at federal sentencing based upon the advisory nature of the federal sentencing guidelines pursuant to *United States v. Booker*, 543 U.S. 220, 245-67 (2005), *Gall v. United States*, 552 U.S. 38, 53 (2007) and Title 18 United States Code Section 3553(a).[1]

TITLE 18 UNITED STATES CODE 3553(a) ANALYSIS

Sachin Kumar, born in India and raised as a conservative, religious Indian in New York, earned a scholarship to the University of Tampa out of high school. The University of Tampa is approximately 1,150 miles away from Long Island, New York but given the history and characteristics of Mr. Kumar it may have well have been the distance from Earth to Mars. Because of this Mr. Kumar is more similarly situated to Valentine Michael "Mike" Smith than to the average federal fraud defendant. One does not have to be otherworldly after all in order to be a stranger in a strange land.

Long Island – Tampa – Long Island

Often people describe a person who has dramatically transformed for better or for worse as undergoing a 360 degree change when what is really meant is that person underwent a 180 degree change. In this case, Mr. Kumar truly has completed a 360 degree change. Mr. Kumar went from being a good person driven by family, religion and academics to a person struggling with alcohol, drugs and mental health issues back to being a good person driven by family, religion and academics. Mr. Kumar has righted his ship by taking ownership of his failings and focusing on his strengths. He does not need to go to prison.

---

[1] This Honorable Court obviously does not need undersigned counsel to summarize the law in this sentencing memorandum however if questioned at sentencing on the law relevant to the Defendant undersigned counsel will be prepared to respond.

Mr. Kumar was born in New Delhi, India, the youngest of three children. Unfortunately Mr. Kumar's mother and father divorced when he was four years of age. Mr. Kumar never knew his father. Sadly he does not even know his name. After the divorce, Mrs. Kumar moved with her three children to Long Island, New York to achieve a fresh start for herself and better opportunities for her children. Unfortunately, upon arrival into the United States Mrs. Kumar suffered severe medical problems, including severe heart issues, and as a result life has not been easy for her or in turn Mr. Kumar.

Mr. Kumar is five feet five inches tall and 115 pounds soaking wet with his (winter) clothes on. To say Mr. Kumar is physically imposing would be accurate only in a boxing match between Mr. Kumar versus a small child. Even then some may place their wagers on the small child if the odds were right. Mr. Kumar suffers from very real mental health illnesses as documented by medical records received by probation. The chemical makeup in his brain is different than that of his peers and when combined with his strict religious upbringing in a new country resulted in a perfect storm when he arrived in Tampa, Florida for college. Additionally, Mr. Kumar was the victim of a hit and run accident in January of 2015. He suffered multiple broken bones and suffered setbacks after his multiple surgeries in the form of falls and infections. Mr. Kumar uses both a walker and a wheel chair to move from place to place. It is therefore hard to rationally dispute the notion that Mr. Kumar would make a very appealing target of physical and mental abuse by other inmates if imprisoned. Mr. Kumar's injuries, mental health issues and physical size are still impediments to safety and a successful transition from civilian life to prison.

The Kumar family's religious beliefs arise from the Science of Spirituality. According to the religion's teachings, the Science of Spirituality integrates the individual systems of science,

psychology, philosophy, spirituality and religion into a unified system that describes the multi-dimensional nature of man and the universe. It provides a more comprehensive description of reality than conventional science can offer and fully explains the mechanisms behind an array of paranormal phenomena that mainstream science chooses to ignore. It explains the science behind religious, spiritual and new age belief systems, and sheds light on some common misconceptions. The Science of Spirituality systematically describes the mechanisms behind a diverse range of subject matter including: consciousness, sleep and dreams, reincarnation, religion, creation, evolution, space and time, higher dimensions, heaven and hell, ghosts, angels and demons, out of body experiences, near death experiences, clairvoyance, psychic abilities, personal development, meditation and the meaning of life. To say that this belief system is a rarity in the United States is an understatement. While very popular in India, it has only a few thousand followers in America. This belief system further alienated Mr. Kumar among his peer group making it harder for him to fit into western culture.

While raising her children, Mrs. Kumar ran a very strict, religiously conservative home. The focus was religion, academics and family. Nothing more. Nothing less. When he began college, Mr. Kumar went from having nearly zero freedom to having way too much freedom - all in the span of the twenty four hours it took him to fall asleep the night before he left for college to the night his head hit his pillow after his first day of college. Unfortunately for Mr. Kumar, his head began to hit his pillow later and later each night (and soon it was later and later each morning after the clock struck midnight) and it soon spun out of control resulting from his mental health issues and his abuse of alcohol and narcotics all in an unknowing attempt to self-medicate issues he was not mature or capable enough to understand and address and fit in.

Undersigned counsel is aware that sentencing memorandums are unhelpful when they are simply regurgitations of the different nouns and verbs set forth in a previously prepared presentence investigation report. Yet undersigned counsel is also aware that well-written, insightful character letters by family members and friends who know an individual best often provide better insight into the whole of the person rather than the pro forma writing of presentence report preparer. Enclosed with this sentencing memorandum are such character letters. Also included are character letters and awards from Mr. Kumar's high school years to show the type of person Mr. Kumar was and can still be. Of note, some of the writers of the more recent character letters pull no punches in assessing Mr. Kumar's failures - and what they believe are failings of western culture. While it is fair to argue the overall premise of such a critique, undersigned counsel's goal is not to argue those hot button cultural issues on May 2, 2016. On May 2, 2016, undersigned counsel's sole desire is to show that Mr. Kumar over-indulged on the less than desirable aspects of his newfound freedom for far more serious reasons than simply greed. Greed played a role - and at allocution to be clear Mr. Kumar will candidly admit the same. But there is more to this story. And these character letters shed light on the macro view of Mr. Kumar's life instead of *just* the micro view the government will likely put forward at sentencing. It is not that the government's theory is wrong. It is just incomplete.

However, at the end of the day, despite the many mitigating circumstances in this case, Mr. Kumar has only himself to blame for his lot in life. At the age of 22, Mr. Kumar is a felon and his teenage hopes and dreams of specific future success are perhaps gone forever. He likely will never achieve his dream of becoming a doctor, or achieve any other notable position in the medical field, because of his status as a felon. Mr. Kumar will be expelled from the University of Tampa after his sentencing (regardless of whether he is ordered to prison) despite being only a

semester short of graduation. Mr. Kumar embarrassed himself and his family, an embarrassment made doubly difficult because this embarrassment occurred within his tight knit, religious and ethnic community. About the only consequence left to be determined is whether the fallout of Mr. Kumar's winter of 2013 crime spree will result in incarceration.

Undersigned counsel respectfully prays that it will not.

Undersigned counsel requests a sentence of credit for time already served followed by a three term of supervised release. In the alternative, should this Court desire a longer period of supervision, a sentence up to five years of probation may be imposed so long as it includes a fine, restitution and/or community service. Anything else is greater than necessary and thus unreasonable and in violation of the law.

**CONCLUSION**

WHEREFORE, the Defendant, SACHIN KUMAR, by and through the undersigned counsel respectfully requests this Honorable Court grant the stated relief and/or any other relief this Honorable Court deems appropriate.

> Respectfully submitted,
>
> By: /s/ Mark J. O'Brien
> Mark J. O'Brien, Esquire
> Florida Bar No.: 0160210
> Bayshore Center
> 511 West Bay Street
> Third Floor - Suite 330
> Tampa, Florida 33606
> Direct:         (813) 228-6989
> Email: mjo@markjobrien.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on April 28, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Mark J. O'Brien