UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

| CASE NO.: | 8:15-cr-2-T-27TBM | DATE: | May 2, 2016 |
|---|---|---|---|
| HONORABLE JAMES D. WHITTEMORE | | INTERPRETER: | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>SACHIN KUMAR (bond) | | LANGUAGE: | N/A |
| | | GOVERNMENT COUNSEL<br>Sara Sweeney | |
| | | DEFENSE COUNSEL<br>Mark O'Brien | |
| COURT REPORTER: Lynann Nicely | | DEPUTY CLERK: | Anne H. Ohle |
| TIME: 1:32 PM - 2:40 -PM | TOTAL: 1/08 | PROBATION: | Christine Hatten |
| | | COURTROOM: | 13B |

PROCEEDINGS:    CRIMINAL MINUTES - SENTENCING REFORM ACT MINUTES

( )    Defendant sworn.

( )    Witnesses:

(X)    Defendant is adjudged guilty on Count(s) 1 of the Information.

(X)    Imprisonment: 1 YEAR & 1 DAY, with credit for time served.

(X)    The Court recommends confinement: Devens FMC.
 ( ) Defendant participate in and receive drug and alcohol treatment & rehabilitation
  while incarcerated.
 ( ) The Court adopts the findings in paragraph(s) _____ of the presentence report and finds the defendant has abused drugs and recommends that the defendant participate in the 500 Hour Residential Drug Abuse program (RDAP), if eligible.
 ( ) The Court recommends the 500 Hour Residential Drug Abuse Program (RDAP), if eligible.
 ( ) Other:

(X)    Supervised release:  3 YEARS.

( )    Probation:

(X)    Fine: Waived

(X)    Restitution: $172,047.03  See Criminal Monetary Penalties - Page 5 of the Judgment for details. Court waives accumulated interest on restitution in the interest of full restitution.

(X)     While in Bureau of Prisons custody, the defendant shall either (1) pay at least $25 quarterly if the defendant has a non-Unicor job, or (2) pay at least 50% of his monthly earnings if the defendant has a Unicor job.  Upon release from custody, the defendant shall pay restitution at the rate of $100 per month.  The Court reserves jurisdiction to modify the terms of payment on proper motion demonstrating a material change in defendant's ability to comply with these terms.

(X)     Special Assessment:  $100.00

(X)     Special conditions of () probation (X) supervised release.

> () Defendant shall participate in the Home Detention program for a period of .  During the time, defendant will remain at defendant's place of residence except for employment and other activities approved in advance by defendant's probation officer.
>
> (X )The defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive.  Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Officer's Sliding Scale for Substance Abuse Treatment Services.  During and upon completion of this program, the defendant is directed to submit to random drug testing.
>
> (X) Defendant shall participate as directed in a program for mental health treatment approved by the probation officer.  Further, the defendant shall be required to contribute to the costs of services fur such treatment not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability of third party payment and in conformance with the probation office's sliding scale for mental health treatment services.
>
> (X) The mandatory drug testing provisions shall apply pursuant to the Violent Crime Control Act.  Defendant shall refrain from any unlawful use of a controlled substance.  Further the defendant shall submit to one drug within 15 days of placement on supervision and at least two periodic drug tests thereafter as directed by the probation officer.
>
> () The mandatory drug testing requirements of the Violent Crime Control Act are waived.  However, the Court authorizes random drug testing not to exceed 104 tests per year.
>
> (X) The defendant shall provide the probation officer access to any requested financial information.
>
> (X) The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, acquisitions or obligating himself/herself for any major purchases. or attempting to do so, without the express prior approval of the probation officer.
>
> () Should the defendant be deported, he/she shall not be allowed to re-enter the United States  without the express permission of the Homeland Security.
>
> () Defendant shall perform  hours of community service, at the rate of _____ hours per year of supervision.  ()This community service may be substituted on an hourly basis for gainful employment.
>
> (X) The defendant shall cooperate in the collection of DNA.

| ( ) | Defendant is remanded to custody of the U.S. Marshal. |
| --- | --- |
| (X) | Defendant to surrender to (X) designated institution (X) as notified by the U.S. Marshal |
| ( ) | Count(s) of the indictment/information is/are dismissed on motion of the U.S. Attorney. |
| ( ) | Original Indictment and/or Superseding Indictment is/are dismissed on motion by the U.S. Attorney. |
| (X) | Defendant advised of right to appeal and to counsel on appeal. |
| (X) | Notice concerning special assessment/fine/restitution payments furnished to counsel for defendant. |
| (X) | Bond (X) continued ( ) modified.  Defendant's Oral Motion to authorize the defendant to travel to Ft. Lauderdale to return with his family to Long Island - GRANTED. |
| (X) | Government's Oral motion for a 6-level variance based on the defendant's medical and mental condition - GRANTED. |
| (X) | Government's Oral motion for additional 1-level downward departure for acceptance of responsibility is GRANTED. |
| ( ) | Defendant's motion for downward departure (Dkt. ) is  by the Court. |
| ( ) | Forfeiture ordered by the Court ( ) See order. |

OTHER:

| ADVISORY GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING | | |
| --- | --- | --- |
| | | Court's Departure: |
| Total Offense Level: | 19 | 13 |
| Criminal History Category: | I | I |
| Imprisonment Range: | 30 to 37 months | 12 to 18 months |
| Supervised Release Range: | | |
| Restitution: | $172,047.03 | |
| Fine Range: | $6,000 to $60,000 | |
| Special Assessment: | $100 | |